United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Quinton Pearson<br>2107 Tucker Avenue<br>Columbus, GA 31907 | Chapter 13<br><br>Case No. 10-40006-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $273.95 in unclaimed funds of Pulmonary Medicine Inc, creditor.

Last Known Address (Most recent listed left to right):

Pulmonary Medicine Inc
A & S Collection Associates Inc
Route 14
Williamstown, VT 05679

Dated: 12/12/2014

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee